# EXHIBIT A

**THE VORA LAW FIRM, P.C**
Nilay U. Vora (Bar No. 268339)
nvora@voralaw.com
Jeffrey A. Atteberry (Bar No. 266728)
jatteberry@voralaw.com
201 Santa Monica Boulevard, Suite 300
Santa Monica, CA 92660
Telephone: (424) 258-5190
*Attorneys for Plaintiff*
*Cedars-Sinai Medical Center*

**LATHAM & WATKINS LLP**
Kirsten C. Jackson (Cal. Bar No. 265952)
kirsten.jackson@lw.com
10250 Constellation Blvd., Suite 1100
Los Angeles, California 90067
Tel.: (424) 653-5500 / Fax: (424) 643-5501

*Attorneys for Plaintiff*
*Cedars-Sinai Medical Center*
*as to Defendant Ironshore Specialty Insurance Company*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CEDARS-SINAI MEDICAL CENTER,<br><br>Plaintiff,<br><br>v.<br><br>AIG SPECIALTY INSURANCE COMPANY,<br><br>Defendants. | Case No. 2:24-cv-02543-MCS-RAO<br><br>**PLAINTIFF CEDARS-SINAI MEDICAL CENTER'S EXPERT WITNESS DISCLOSURE PURSUANT TO FRCP 26(A)(2)** |

Plaintiff Cedars-Sinai Medical Center, by its counsel, submits the following individuals who may be called to offer expert opinions at the trial of this matter along with any expert reports, pursuant to the Federal Rules of Civil Procedure.

1. **Benjamin J. Darrah**

A copy of Mr. Darrah's report pursuant to Rule 26(a) (2) of the Federal Rules of Civil Procedure is attached hereto as **Exhibit 1**.

2. **Stephen D. Prater**

A copy of Mr. Prater's report pursuant to Rule 26(a) (2) of the Federal Rules of Civil Procedure is attached hereto as **Exhibit 2**.

3. **Jim Schratz**

A copy of Mr. Prater's report pursuant to Rule 26(a) (2) of the Federal Rules of Civil Procedure is attached hereto as **Exhibit 3**.

DATED: March 17, 2025

THE VORA LAW FIRM, P.C.

By:____________________________
Jeffrey A. Atteberry

*Attorneys for Plaintiff CEDARS-SINAI MEDICAL CENTER as to Defendant AIG Specialty Insurance Company*

LATHAM & WATKINS LLP

By: /s/ Kirsten C. Jackson
Kirsten C. Jackson

*Attorneys for Plaintiff CEDARS-SINAI MEDICAL CENTER as to Defendant Ironshore Specialty Insurance Company*