# EXHIBIT B

**THE VORA LAW FIRM, P.C.**
Nilay U. Vora (Cal. Bar No. 268339)
nvora@voralaw.com
Jeffrey A. Atteberry (Cal. Bar No. 266728)
jatteberry@voralaw.com
L. David Russell (Cal Bar No. 260043)
drussell@voralaw.com
201 Santa Monica Blvd, Ste 300,
Santa Monica, CA 90401-2224
Tel.: (424) 258-5190

*Attorneys for Plaintiff*
*Cedars-Sinai Medical Center*
*as to Defendant AIG Specialty Insurance Company*

**LATHAM & WATKINS LLP**
Kirsten C. Jackson (Cal. Bar No. 265952)
kirsten.jackson@lw.com
10250 Constellation Blvd., Suite 1100
Los Angeles, California 90067
Tel.: (424) 653-5500 / Fax: (424) 643-5501

*Attorneys for Plaintiff*
*Cedars-Sinai Medical Center*
*as to Defendant Ironshore Specialty Insurance Company*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CEDARS-SINAI MEDICAL CENTER, a California nonprofit public benefit corporation,<br><br>Plaintiff,<br><br>v.<br><br>AIG SPECIALTY INSURANCE COMPANY, an Illinois corporation, and IRONSHORE SPECIALTY INSURANCE COMPANY, an Arizona corporation,<br><br>Defendant. | CASE NO. 2:24-cv-02543-SRM-RAO<br><br>**CEDARS-SINAI MEDICAL CENTER'S EXPERT DISCLOSURE PURSUANT TO FED. R. CIV. P. 26(a)(2)(C)**<br><br>Honorable Serena R. Murillo<br>Dept.: 9B<br>Final Pre-Trial Conference: None<br>Trial Date: None |

Pursuant to Federal Rule of Civil Procedure 26(a)(2)(C), Plaintiff Cedars-Sinai Medical Center ("Cedars-Sinai") discloses the following expert witness who is not required to provide a written report:

1. Jonathan D. Grein, M.D. Infectious disease expert. May be contacted through counsel. Dr. Grein will provide expert testimony regarding Cedars-Sinai's infectious disease response to COVID-19, including (a) remedial measures (such as disinfection, personal protective equipment, COVID test kits, vaccine supplies, and screening and safety measures) that were necessary to investigate, remove, abate, remediate and/or monitor SARS-CoV-2 contamination; (b) compliance with Environmental Laws / governmental guidance on the cleanup of COVID-19 (including Title 22 of the California Code of Regulations, the California Department of Industrial Relations' California Workplace Guide to Aerosol Transmissible Diseases, and guidance from the Centers for Disease Control, California Department of Public Health, Los Angeles County Department of Public Health, among others).

DATED: March 17, 2025

THE VORA LAW FIRM, P.C.

By: /s/ *Jeffrey A. Atteberry*
Jeffrey A. Atteberry

*Attorneys for Plaintiff*
*CEDARS-SINAI MEDICAL CENTER*