# EXHIBIT G

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDARS-SINAI MEDICAL CENTER, a California nonprofit public benefit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AIG SPECIALITY INSURANCE COMPANY, an Illinois corporation, and IRONSHORE SPECIALTY INSURANCE COMPANY, an Arizona corporation,<br><br>Defendants. | Case No. 2:24-cv-02543-SRM-RAO |

VIDEOTAPED DEPOSITION OF

STEPHEN D. PRATER

MONDAY, AUGUST 31, 2026, 3:02 P.M.

VIA ZOOM VIDEOCONFERENCE

STENOGRAPHICALLY REPORTED BY:
CHERYL HAAB SCOTT, RDR, CRR, CCRR
CA CSR No. 13600
WA CCR No. 3499
NV CCR No. 1003
GA CCR No. 6755-3684-0320-8686

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDARS-SINAI MEDICAL CENTER, a California nonprofit public benefit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AIG SPECIALITY INSURANCE COMPANY, an Illinois corporation, and IRONSHORE SPECIALTY INSURANCE COMPANY, an Arizona corporation,<br><br>Defendants. | Case No. 2:24-cv-02543-SRM-RAO |

VIDEOTAPED DEPOSITION OF STEPHEN D. PRATER, taken via Zoom Videoconference, on Monday, August 31, 2026, at 3:02 p.m., before Cheryl Haab Scott, RDR, CRR, CCRR, CSR No. 13600 in and for the State of California, CCR No. 3499 in and for the State of Washington, CCR No. 1003 in and for the State of Nevada, and CCR No. 6755-3684-0320-8686 in and for the State of Georgia.

A P P E A R A N C E S
--oOo--

For Plaintiff Cedars-Sinai Medical Center:

PILLSBURY WINTHROP SHAW PITTMAN LLP
BY: JAMES A. TABB, ESQ.
11682 El Camino Real, Suite 200
San Diego, California 92130
858.509.4000
jimmy.tabb@pillsburylaw.com

For Defendant AIG Speciality Insurance Company:

DENTONS US LLP
BY: LEANNA M. ANDERSON, ESQ.
100 Crescent Court, Suite 900
Dallas, Texas 75201
214.259.1854
leanna.anderson@dentons.com

DENTONS US LLP
BY: DOMINICK M. JAFFE, ESQ.
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017
213.623.9300
dominick.jaffe@dentons.com

For Defendant Ironshore Specialty Insurance Company:

DUANE MORRIS LLP
BY: MAX H. STERN, ESQ.
One Market Plaza, Suite 2200
San Francisco, California 94105
415.957.3001
mstern@duanemorris.com

Also Present:

ALMAMUN ALFARAH, VIDEOGRAPHER

I N D E X
--oOo--

WITNESS: Stephen D. Prater

| | PAGE |
|---|---|
| Examination By Ms. Anderson | 8 |
| Examination By Mr. Tabb | 73 |

INDEX TO EXHIBITS
--oOo--


| EXHIBIT NO. | | PAGE |
|---|---|---|
| Exhibit 156 | "Supplement to Expert Report of Stephen D. Prater" | 12 |
| Exhibit 157 | "Civil Minutes - General" | 16 |
| Exhibit 158 | "Plaintiff Cedars-Sinai Medical Center's First Set of Requests For Production to AIG Speciality Insurance Company" | 31 |
| Exhibit 159 | "Memorandum" dated April 22, 2020 | 35 |
| Exhibit 160 | "Declaration of John 'Jack' McGregor" | 70 |
| Exhibit 161 | E-mail string; top e-mail dated 5/6/2020 (AIGSpecialty-Cedars006677-6684) | 74 |
| Exhibit 162 | E-mail dated 5/12/2020 with attachment (AIGSpecialty-Cedars006643) | 78 |

MONDAY, AUGUST 31, 2026, 3:02 P.M.
VIA ZOOM VIDEOCONFERENCE
--oOo--

THE VIDEOGRAPHER: We're now on the record. The time is 3:02 p.m. Pacific time on August 31,2026. This begins the videoconference deposition of Stephen Prater, taken in the matter of Cedars-Sinai Medical Center versus AIG Speciality Insurance Company, et al., filed in the United States District Court, Central District of California, case number of which is 2:24-cv-02543-SRM-RAO.

My name is Almamun Alfarah. I'm your remote videographer today.

The court reporter is Cheryl Scott.

Will everyone present please identify yourself and state whom you represent, after which the witness will be sworn in.

MS. ANDERSON: Leanna Anderson, and I represent Defendant AIG Speciality Insurance Company.

MR. JAFFE: Dominick Jaffe, also for AIG.

MR. STERN: Max Stern for Defendant Ironshore Specialty.

MR. TABB: Jimmy Tabb for Plaintiff

03:02:46 03:03:00 03:03:29 03:03:41 03:03:58

MONDAY, AUGUST 31, 2026, 3:02 P.M.

VIA ZOOM VIDEOCONFERENCE

--oOo--

THE VIDEOGRAPHER: We're now on the record. The time is 3:02 p.m. Pacific time on August 31,2026. This begins the videoconference deposition of Stephen Prater, taken in the matter of Cedars-Sinai Medical Center versus AIG Speciality Insurance Company, et al., filed in the United States District Court, Central District of California, case number of which is 2:24-cv-02543-SRM-RAO. 03:02:46 03:03:00

My name is Almamun Alfarah. I'm your remote videographer today.

The court reporter is Cheryl Scott. 03:03:29

Will everyone present please identify yourself and state whom you represent, after which the witness will be sworn in.

MS. ANDERSON: Leanna Anderson, and I represent Defendant AIG Speciality Insurance Company. 03:03:41

MR. JAFFE: Dominick Jaffe, also for AIG.

MR. STERN: Max Stern for Defendant Ironshore Specialty.

MR. TABB: Jimmy Tabb for Plaintiff 03:03:58

Cedars-Sinai Medical Center and the witness.

THE COURT REPORTER: Okay. Good afternoon. My name is Cheryl Scott. I am a California Certified Shorthand Reporter and the deposition officer for today's proceeding. My CSR license number is 13600. 03:04:04

--oOo--

Whereupon,

STEPHEN D. PRATER,

having been called as a witness, 03:04:11

was duly sworn by the court reporter

and testified as follows:

--oOo--

THE WITNESS: Before we get started, can I ask how we're handling payment for today's deposition. 03:04:40

MS. ANDERSON: We'll handle it in the same way we handled the other payments in the past, which is that you should send the invoice to your attorney, who will send it to us and we'll pay it -- 03:04:50

(Simultaneous colloquy.)

THE WITNESS: Okay. Thank you. Thank you.

///

///

/// 03:04:56

consultant to an insurer regarding -- strike that. 09:27
Have you ever served as a consultant to an insurer on -- regarding pollution coverage or environmental liability claims? 09:27
A. I suspect that I have, but I don't recall any of the details. I get calls from different carriers or their representatives on a regular basis to look at cases and most of the cases I look at and consult on never go to deposition or trial, so I just don't remember. I don't keep a list of them. 09:27
Q. Okay. Are you familiar with the term "parametric insurance"? 09:27 09:28
A. "Parametric" doesn't sound familiar to me. 09:28
Q. As you sit here, you have not been asked to consult on or provide legal advice regarding parametric insurance; is that fair to say? 09:28
MR. ATTEBERRY: Vague, lacks foundation, calls for speculation. Go ahead, Steve. 09:28
THE WITNESS: Maybe you could define what you mean by that and I can tell you if there's another adjective or synonym for the same kind of policy. I don't recognize the term. 09:28
BY MS. LIMBER: 09:28
Q. Okay. You indicate you've been a featured speech -- 09:28

the insurance company, nothing for the benefit for the insured.

So one weight of document -- even partially redacted, this is part of a plan, part of a coordinated effort, as I see it based on my review of the documents; to control the payouts on these policies where they otherwise might be due and payable. 03:34:28

BY MS. ANDERSON:

Q Okay. The thing that I was going to clarify for the record was that you're reading now from the memo, sir, the McGregor memo? 03:34:39

A I'm not reading from it. I'm just glancing at it to refresh my recollection.

Q Okay. But when you referenced point 3, for example -- 03:34:50

A Oh, yeah. I read from the memo itself. On point 3.

Q Okay. So for purposes of the record, because I'd like the record to be clear, I'm going to share. I'm going to mark this as Exhibit 159. 03:34:58

(Exhibit 159 was marked.)

BY MS. ANDERSON:

Q Is this the McGregor memo that you were reading from a moment ago, sir? 03:35:16

CERTIFICATE OF CERTIFIED SHORTHAND REPORTER

The undersigned Certified Shorthand Reporter and Deposition Notary Public of the States of California, Washington Nevada, and Georgia does hereby certify:

That the foregoing deposition was taken before me remotely at the time therein set forth, at which time the witness was duly sworn by me;

That the testimony of the witness and all objections made at the time of the deposition were recorded stenographically by me and were thereafter transcribed, said transcript being a true and correct copy of the proceedings thereof.

I further certify that I am neither counsel for nor related to any party to said action, nor in any way interested in the outcome thereof.

Further, that if the foregoing pertains to the original transcript of a deposition in a federal case, before completion of the proceedings, review of the transcript was not requested/offered on the record.

In witness whereof, I have subscribed my name, this date: September 11, 2026

Cheryl Haab Scott, RDR, CRR, CCRR
CSR No. 13600/WA CSR No. 3499
NV CCR No. 1003/GA CCR No. 6755-3684-0320-8686