# EXHIBIT J

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDARS-SINAI MEDICAL CENTER, a California nonprofit public benefit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AIG SPECIALTY INSURANCE COMPANY, an Illinois corporation, and IRONSHORE SPECIALTY INSURANCE COMPANY, an Arizona corporation,<br><br>Defendants. | Case No.: 2:24-cv-02543-SRM-RAO |

REMOTE VIDEOTAPED DEPOSITION OF

JOSEPH PAUL BOUGANIM

MAY 21ST, 2025

LOS ANGELES, CALIFORNIA

JOB NO.: J12880493
REPORTED BY: MARIE WILSON
CSR NO. 13480

8:03 a.m.

May 21st, 2025

REMOTE VIDEOTAPED DEPOSITION OF JOSEPH PAUL BOUGANIM, taken on behalf of Defendants. The Witness was located in Los Angeles, California. The deposition was stenographically recorded by Marie Wilson, Certified Shorthand Reporter, No. 13480.

A P P E A R A N C E S

FOR THE PLAINTIFF:

VORA LAW FIRM
BY: NILAY U. VORA, ESQ.
201 Santa Monica Boulevard, Suite 300
Santa Monica, California 90401
(424) 258-5190

LATHAM & WATKINS
BY: RACHEL MITCHELL, ESQ.
12670 High Bluff Drive
San Diego, California 92130
(858) 523-5400

FOR THE DEFENDANT AIG SPECIALITY INSURANCE COMPANY:

DENTONS US LLP
BY: NATALIE LIMBER, ESQ.
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017
(213) 623-9300

DENTONS US LLP
BY: JULIA M. BECKLEY, ESQ.
100 Crescent Court, Suite 900
Dallas, Texas 75201
(214) 259-1854

FOR THE DEFENDANT IRONSHORE SPECIALITY INSURANCE:

KAUFMAN, BORGGEST & RYAN
BY: BRIAN MARGOLIES, ESQ.
BY: ANDREW GIBBONS, ESQ.
200 Summit Lake Drive, 1st Floor
Valhalla, New York 10595
(914) 449-1000

ALSO PRESENT:

MICHAEL COOPER, LEGAL VIDEOGRAPHER

I N D E X

W I T N E S S

| JOSEPH PAUL BOUGANIM | PAGE |
|---|---|
| EXAMINATION BY MS. LIMBER | 7, 166 |
| EXAMINATION BY MR. MARGOLIES | 155 |

E X H I B I T S

| MARKED | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 58 | Amended Notice of Deposition of Paul Bouganim | 11 |
| Exhibit 59 | Plaintiff's Cedars-Sinai Medical Center's Initial Disclosures | 13 |
| Exhibit 60 | Email Correspondence (CHIVAROLI_00001062-1065) (CONFIDENTIAL; BOUND SEPARATELY) | 45 |
| Exhibit 61 | Cedars-Sinai Expense and Revenue Master Summary 1/1/20 - 4/30/23 (CEDARS-00026747) (CONFIDENTIAL; BOUND SEPARATELY) | 92 |
| Exhibit 62 | Cedars-Sinai Marina Hospital Expense Master 1/1/20 - 4/30/23 (CEDARS-00026778) (CONFIDENTIAL; BOUND SEPARATELY) | 99 |
| Exhibit 63 | Cedars-Sinai Medical Center Expense Master 1/1/20 - 4/30/23 (CEDARS-00026749) (CONFIDENTIAL; BOUND SEPARATELY) | 106 |
| Exhibit 64 | Email Correspondence (Ironshore01154) (CONFIDENTIAL; BOUND SEPARATELY) | 129 |
| Exhibit 65 | Cedars-Sinai COVID-19 Lost Operating Income Year-Over-Year | 139 |

I N D E X(continued)

E X H I B I T S


| MARKED | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 66 | Plaintiff's Responses to Defendant's Interrogatories to Plaintiff, Set One | 150 |
| Exhibit 67 | Plaintiff's Amended Responses to Defendant's Interrogatories Nos. 8, 9 and 10 | 154 |


PREVIOUSLY MARKED

E X H I B I T S


| MARKED | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 13 | Cedars-Sinai Agenda Meeting (CEDARS-00000825) | 50 |
| Exhibit 15 | Environmental Liability Insurance Non-Labor Clean-Up Costs | 71 |
| Exhibit 16 | Letter from Shelly Ann Panton to Pamela Hamilton 4/6/2021 (AIGSpeciality-Cedars000330-350) | 78 |
| Exhibit 48 | Expert Witness Report by Benjamin J. Darrah, CPA | 122 |


CONFIDENTIAL PORTIONS OF TRANSCRIPT

BOUND SEPARATELY

PAGES

48 - 49

92 - 121

129 - 132

157 - 164

LOS ANGELES, CALIFORNIA;
WEDNESDAY, MAY 21ST, 2025, 8:03 A.M.
---oOo---

THE VIDEOGRAPHER: We are going on the record at 8:03 a.m. on May 21st, 2025. This begins 08:03 the video-conferenced deposition of Paul Bouganim, taken in the matter of Cedars-Sinai Medical Center vs. AIG Specialty Insurance Company in the United States District Court for the Central District of California, Case No. 2:24-CV-02543. 08:03

My name is Mike Cooper. The court reporter is Marie Wilson, and we represent Esquire Deposition Solutions.

Would all counsel present please introduce yourselves and whom you represent. 08:03

MS. LIMBER: Good morning. Natalie Limber for Dentons on behalf of defendants AIG Specialty Insurance Company.

MS. BECKLEY: Good morning. This is Julia Beckley, also from Dentons joining Ms. Limber. 08:04

MR. VORA: Good morning. This is Nilay Vora here on behalf of Cedars-Sinai and the deponent.

MS. MITCHELL: Good morning. This is Rachel Mitchell with Latham & Watkins on behalf of 08:04

Cedars-Sinai.
THE VIDEOGRAPHER: Thank you.
Would the court reporter please swear in the witness.
08:04

JOSEPH PAUL BOUGANIM,
having first been duly sworn, testified as follows:
---oOo---
EXAMINATION
BY MS. LIMBER: 08:04
Q. Good morning, sir.
Are you able to hear me okay?
A. I can hear you fine.
Q. Excellent.
For the benefit of all of us in the pronunciation of your last name, will you please state and spell your full name for the record, please. 08:04
A. My full name is Joseph Paul Bouganim, and my last name is spelled B as in boy, O-U-G-A-N-I, M as in Mary. 08:05
Q. Bouganim?
A. Bouganim.
Q. Okay. I will do my best to --
A. I'm used to taking various pronunciations 08:05

BY MS. LIMBER:

Q. Are you able to -- you -- do you feel comfortable offering an opinion as to whether these costs track the HRSA guidelines?

MR. VORA: Objection, calls for expert opinion, legal conclusion.

Go ahead.

THE WITNESS: Yes.

MS. LIMBER: Okay.

Q. Is it fair to say you do not have an opinion regarding whether these costs track the definitions in the AIG Specialty Insurance policy?

MR. VORA: Objection, assumes facts, lacks foundation, calls for expert opinion, calls for legal conclusion.

THE WITNESS: Yeah, I don't have an expert opinion on the specific question that you're asking, but yes, it is my general understanding that these costs would clearly meet that definition of, quote, "cleanup costs."

Again, I can't offer an expert opinion on that as not being a lawyer or an insurance expert.

MS. LIMBER: Fair enough.

Q. Is the basis for that lay understanding anything more than the fact that they track with

HRSA guidelines for federal compliance?

MR. VORA: Objection, vague, calls for a narrative.

Go ahead.

THE WITNESS: I would say it's almost a common-sense thing to me. All of these costs exist and were incurred because of our response to the presence of the COVID-19 virus, and yeah, I mean, it's a common-sense thing I think to me.

MS. LIMBER: Okay.

Q. What is -- I mentioned two different aspects or definitions in the AIG Specialty policy; one is cleanup costs, which we've seen and talked a little bit about, and the other is extra expense.

Are you familiar with that term?

MR. VORA: Hang on, can I have that question read back, please?

(The question was read back as follows:
"Q. I mentioned two different aspects
or definitions in the AIG Specialty
policy; one cleanup costs, which we've
Seen and talked a little bit about, and
the other is extra expense.
Are you familiar with that term?")

MR. VORA: Okay. Go ahead.

STATE OF CALIFORNIA )
) ss.
COUNTY OF SAN BERNARDINO )

I, MARIE WILSON, CSR 13480, a Certified Shorthand Reporter in and for the State of California, County of San Bernardino, do hereby certify:

That JOSEPH PAUL BOUGANIM, the witness named in the foregoing deposition, before the commencement of the deposition, was duly administered an oath in accordance with CCP 2094;

That said deposition was taken down in stenograph writing by me and thereafter transcribed into typewriting under my direction.

I further certify that I am neither related to any party to said action, nor in any way interested, financially or otherwise, in the outcome thereof.

Dated this 21st day of May, 2025.

MARIE WILSON, CSR NO. 13480